IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.                                                                                       05-20056-07-Ma

**DEMONE DICKERSON**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _September 7, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Mr. R. Parris (CJA)_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____The defendant, who is not in custody, may stand on his present bond.
____The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846; 21:853;

U. S. Attorney assigned to Case: T. Colthurst

Age:

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-15-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 198 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT